IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GLOBAL DIRECT SALES, LLC et al \*

Plaintiff(s) \*

vs. \* Case No.: 8:08-cv-02468

AARON KROWNE et al \*

Defendant(s)

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Gary E. Mason, Esq., am a member in good standing of the bar of this Court. My bar number is 15033. I am moving the admission of Michael L. Braunstein to appear *pro hac vice* in this case as counsel for Plaintiffs.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York   February 1997 | District of New Jersey - 2004 |
| New Jersey   April 2000 | Southern District of New York - 1998 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

U.S. District Court (Rev. 10/1/2007) - Pro Hac Vice

Page 1 of 2

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. The $50.00 fee for admission *pro hac vice* is enclosed. (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

Signature

Gary E. Mason
Printed Name

THE MASON LAW FIRM, LLP
Firm

1225 19th Street Northwest
Washington, D.C. 20036
Address

(202) 429-2290
Telephone Number

202-429-2294
Fax Number

gmason@masonlawdc.com
Email Address

PROPOSED ADMITTEE

Signature

Michael L. Braunstein, Esq.
Printed Name

Kantrowitz, Goldhmaer & Graifman, P.C.
Firm

747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Address

845-356-2570
Telephone Number

845-356-4335
Fax Number

mbraunstein@kgglaw.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the aforementioned documents were served on counsel below by First Class mail on October 1, 2008.

Julie S. Turner, Esq.
The Turner Law Firm
344 Tennessee Lane
Palo Alto, CA  94306

Henry R. Abrams
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, MD 21202-3171

*Attorneys for Defendants*

/s/ Gary E. Mason