IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHRISTOPHER RUSSELL, et al.            :

                                       :

        v.                             :      Civil Action No. DKC-08-2468

                                       :

AARON KROWNE, et al.                   :

                                       :

**MEMORANDUM OPINION**

The facts and procedural history of this case are set forth in detail in the memorandum opinion issued by the court on June 19, 2009.  (Paper 46).   For reasons previously explained in the memorandum opinion, the court found that personal jurisdiction was lacking over Defendants Aaron Krowne, Justin Owings, and Lorena Leggett, but that the remaining defendants had not established grounds for transfer under 28 U.S.C. § 1404 (a).  Plaintiffs were directed to submit a memorandum stating their position as to whether, under 28 U.S.C. § 1406, (a) the entire case should be transferred to California in order to maintain the claims against those three defendants or (b) the claims against Defendants Krowne, Owings, and Leggett should be dismissed, with the claims against the remaining defendants proceeding in this court.

On July 1, 2009, Plaintiffs filed a position statement in asserting that they want to continue with this case in Maryland without Defendants Krowne, Owings, and Leggett.  (Paper 47).  As noted in the earlier memorandum, when the court lacks personal jurisdiction over some, but not all, defendants, the court may

retain the case as to the remaining defendants over which personal jurisdiction is proper.  14D Charles A. Wright, Arthur R. Miller & Edward H. Cooper, Federal Practice & Procedure § 3827 (3$^d$ Ed. 2007). In light of Plaintiffs' election to continue this litigation in Maryland, Plaintiffs' complaint against Defendants Krowne, Leggett, and Owings will be dismissed for lack of personal jurisdiction. The case will remain in this court only with respect to the defendants who did not challenge personal jurisdiction, namely Krista Railey, Streamline Marketing, Inc., Implode-Explode Heavy Industries, Inc., and Krowne Concepts, Inc.  A separate Order will follow.

_____/s/_____
DEBORAH K. CHASANOW
United States District Judge